**Order entered October 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01169-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-J**

## ORDER
Before Justices Lang, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     BILL WHITEHILL
            JUSTICE